UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| vs | ) ) ) | CASE NUMBER CR405-333 |
| Gregory Reese | ) ) | |

### ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __15__ day of __July__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA